NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3192

THEODORE DADE, JR.,

Petitioner,

v.

DEPARTMENT OF COMMERCE,

Respondent.

Petition for review of the Merit Systems Protection Board in DC0752080605-I-1.

ON MOTION

## O R D E R

Theodore Dade, Jr. moves for an extension of time to file a reply brief and "to submit [his] Oral Arguments."

To the extent that Dade requests oral argument, that request is deferred to the merits panel assigned to decide this case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    Dade's motion for an extension of time to file his reply brief is granted. Dade's reply brief is due within 21 days of the date of filing of this order.

    (2)    Dade's request for oral argument is deferred for consideration by the merits panel assigned to decide this case.

FOR THE COURT

**DEC 1 7 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Theodore Dade, Jr.
       Dawn E. Goodman, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 7 2009

JAN HORBALY
CLERK

2009-3192                2